# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Dennis Freeman

                        Plaintiff,

v.                                                   Case No.: 1:11–cv–08599
                                                        Honorable Edmond E. Chang

Dorothy Brown, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 1, 2012:

      MINUTE entry before Honorable Edmond E. Chang: Status hearing held 04/30/12. Counsel for the Clerk Defendants reported that the he will be filing a motion to dismiss on behalf of the Clerk Defendants. The motion to dismiss to be filed on or before 05/07/12. Response to be filed on or before 06/04/12. Reply due 06/18/12. As to the Sheriff Defendants, Rule 26(a)(1) disclosures to be made by 06/04/12. The parties may begin to issue written discovery on 06/04/12. Fact discovery to be completed by 01/07/13. Status hearing set for 07/24/12 at 8:30 a.m. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.